FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

IN THE UNITED STATES DISTRICT COURT

NOV 27 AM 8:56

FOR THE DISTRICT OF WYOMING

STEPHAN HARRIS, CLERK
CHEYENNE

SHERYL L. ELLIS                    )
Pro Se, Plaintiff                  )
                                   )        18-CV-198-J
                                   )
v.                                 )
                                   )
FOR THE STATE OF WYOMING           )
DEPARTMENT OF CORRECTIONS, et. al, )
WYOMING WOMEN'S CENTER, et. al,    )
Defendants                         )

---

## MOTION TO PROCEED IN FORMA PAUPERIS

---

**COMES NOW**, Sheryl Lynn Ellis, Pro Se, and petition's this Court to allow her to proceed on her Motion for Preliminary Injunction filing without having to submit the entirety filing fee and requests that she make payments towards this fee.  Plaintiff Ms. Ellis has included six (6) months of financial data for the Court's consideration.

**WHEREFORE**, Ms. Ellis prays for the relief requested.

Dated this 27th day of November, 2018.

_____
Sheryl L. Ellis, Plaintiff
Wyoming Women's Center
1000 West Griffith
P.O. Box 300
Lusk, WY  82225

## CERTIFICATE OF SERVICE

I, Sheryl L. Ellis, do hereby certify that I sent a true and correct copy to the 10th Circuit

District Court of this Motion to Proceed In Forma Pauperis to:

Dated this 27th day of November, 2018.

Sheryl L. Ellis, Plaintiff
Wyoming Women's Center
1000 West Griffith
P.O. Box 300
Lusk, WY  82225

Office of the Clerk of Court
United States District Court of Wyoming
2120 Capitol Avenue, Room 2131
Cheyenne, WY  82001

Wyoming Department of Corrections
Robert O. Lampert, Director
1934 Wyott Dr., Suite 100
Cheyenne, WY  82002

Wyoming Department of Corrections
Wyoming Women's Center
Rick Catron, Warden
1000 West Griffith
Lusk, WY  82225

Office of the Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY  82001

# WWC

## Resident Activity Report

| | | |
|---|---|---|
| Resident Id: | 2871 | |
| Full Name: | Ellis, Sheryl Lynn | |
| Housing: | WWC, 7, J | |

| | |
|---|---|
| Run Date: | 11/06/2018 |
| From: | 05/01/2018 |
| To: | 11/06/2018 |

### Beginning Balances

| Account | Balance | Debt | Payable |
|---|---|---|---|
| Inmate Trust | $101.28 | $0.00 | $0.00 |
| Mandatory Savings | $74.02 | $0.00 | $0.00 |
| Reimbursements | $0.00 | $0.00 | $0.00 |
| | $175.30 | $0.00 | $0.00 |

### Ending Balances

| Account | Balance | Debt | Payable |
|---|---|---|---|
| Inmate Trust | $76.02 | $0.00 | $0.00 |
| Mandatory Savings | $87.90 | $0.00 | $0.00 |
| Reimbursements | $0.00 | $0.00 | $2.00 |
| | $163.92 | $0.00 | $2.00 |

### Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 2541141 | 05/02/2018 | Sale | Commissary Sale -KB | | -$51.99 | $123.31 | $0.00 | $0.00 |
| 2543733 | 05/04/2018 | Transfer Other Funds | Print/Copy card | | -$10.80 | $112.51 | $0.00 | $0.00 |
| 2545339 | 05/08/2018 | Transfer Other Funds | 3.2oz Large Envelope | | -$1.63 | $110.88 | $0.00 | $0.00 |
| 2548984 | 05/09/2018 | Sale | Commissary Sale- KB | | -$22.82 | $88.06 | $0.00 | $0.00 |
| 2553192 | 05/15/2018 | Transfer Other Funds | 5.1oz large envelope | | -$2.05 | $86.01 | $0.00 | $0.00 |
| 2554771 | 05/16/2018 | Sale | Commissary Sale -KB | | -$5.08 | $80.93 | $0.00 | $0.00 |
| 2559173 | 05/22/2018 | Sale | Commissary Sale- KB | | -$3.92 | $77.01 | $0.00 | $0.00 |
| 2562043 | 05/25/2018 | Sale | Commissary Sale -KB | | -$0.94 | $76.07 | $0.00 | $0.00 |
| 2564160 | 05/31/2018 | Resident Deposit | MO from -Daryl Stone | 0903307238 | $100.00 | $176.07 | $0.00 | $0.00 |
| 2565699 | 06/04/2018 | Transfer Other Funds | Print/Copy card | | -$10.80 | $165.27 | $0.00 | $0.00 |
| 2567779 | 06/06/2018 | Sale | Commissary Sale -KB | | -$67.53 | $97.74 | $0.00 | $0.00 |
| 2570184 | 06/09/2018 | Resident Deposit | WWC MAY Incentive Pay | | $24.89 | $122.63 | $0.00 | $0.00 |
| 2573900 | 06/12/2018 | Sale | commissary MR | | -$9.72 | $112.91 | $0.00 | $0.00 |
| 2575154 | 06/13/2018 | Sale | Pre-Order Sale -KB | | -$1.46 | $111.45 | $0.00 | $0.00 |
| 2575296 | 06/13/2018 | Transfer Other Funds | Disc. FIne | | -$15.00 | $96.45 | $0.00 | $0.00 |
| 2580475 | 06/20/2018 | Sale | Commissary Sale -KB | | -$10.98 | $85.47 | $0.00 | $0.00 |
| 2581232 | 06/21/2018 | Transfer Other Funds | 2.3oz thicker than 1/4" | | -$0.92 | $84.55 | $0.00 | $0.00 |
| 2581932 | 06/21/2018 | Resident Charge | Child Support 169733 | | $0.00 | $84.55 | $0.00 | $0.00 |

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 2583070 | 06/23/2018 | Change Housing | Automated Housing Change | | $0.00 | $84.55 | $0.00 | $0.00 |
| 2585505 | 06/27/2018 | Sale | Commissary Sale -KB | | -$2.32 | $82.23 | $0.00 | $0.00 |
| 2588785 | 07/02/2018 | Resident Deposit | Automated Interest Deposit | | $0.02 | $82.25 | $0.00 | $0.00 |
| 2589663 | 07/02/2018 | Resident Deposit | MO from -Daryl Stone | 903307304 | $100.00 | $182.25 | $0.00 | $0.00 |
| 2590447 | 07/03/2018 | Transfer Other Funds | Print/Copy card | | -$7.20 | $175.05 | $0.00 | $0.00 |
| 2590797 | 07/04/2018 | Change Housing | Automated Housing Change | | $0.00 | $175.05 | $0.00 | $0.00 |
| 2591532 | 07/05/2018 | Sale | Commissary Sale- KB | | -$4.32 | $170.73 | $0.00 | $0.00 |
| 2593287 | 07/09/2018 | Resident Deposit | WWC JUNE Incentive Pay | | $35.10 | $190.03 | $0.00 | $15.80 |
| 2598899 | 07/12/2018 | Sale | Commissary Sale -KB | | -$66.37 | $123.66 | $0.00 | $15.80 |
| 2599571 | 07/13/2018 | Transfer Other Funds | Hair Dye | | -$25.00 | $98.66 | $0.00 | $15.80 |
| 2602512 | 07/18/2018 | Group Withdrawal | June 2018 Support of Dependents | | -$15.80 | $98.66 | $0.00 | $0.00 |
| 2602563 | 07/18/2018 | Group Withdrawal | didn't Update Payees | | $15.80 | $98.66 | $0.00 | $15.80 |
| 2602585 | 07/18/2018 | Group Withdrawal | June 2018 Support of Dependents | 45620 | -$15.80 | $98.66 | $0.00 | $0.00 |
| 2603205 | 07/19/2018 | Change Housing | Automated Housing Change | | $0.00 | $98.66 | $0.00 | $0.00 |
| 2603544 | 07/19/2018 | Sale | Property Sale -KB | | -$0.64 | $98.02 | $0.00 | $0.00 |
| 2603914 | 07/19/2018 | Sale | Commissary Sale -KB | | -$9.68 | $88.34 | $0.00 | $0.00 |
| 2608017 | 07/25/2018 | Sale | Commissary Sale -KB | | -$2.00 | $86.34 | $0.00 | $0.00 |
| 2609014 | 07/26/2018 | Transfer Other Funds | Print/Copy card | | -$3.60 | $82.74 | $0.00 | $0.00 |
| 2611718 | 08/01/2018 | Transfer Other Funds | legal copy | | -$0.10 | $82.64 | $0.00 | $0.00 |
| 2611825 | 08/01/2018 | Resident Deposit | MO from -Daryl Stone | 903307367 | $100.00 | $182.64 | $0.00 | $0.00 |
| 2614594 | 08/07/2018 | Transfer Other Funds | letter | | -$0.47 | $182.17 | $0.00 | $0.00 |
| 2615741 | 08/08/2018 | Sale | Commissary Sale -KB | | -$61.07 | $121.10 | $0.00 | $0.00 |
| 2617438 | 08/09/2018 | Resident Deposit | WWC JULY Incentive Pay | | $16.20 | $130.01 | $0.00 | $7.29 |
| 2618640 | 08/10/2018 | Transfer Institution - From | Automated Transfer Unit | | -$137.30 | $0.00 | $0.00 | $0.00 |
| 2618640 | 08/10/2018 | Transfer Institution - To | Automated Transfer Unit | | $137.30 | $130.01 | $0.00 | $7.29 |
| 2618641 | 08/10/2018 | Change Housing | Automated Housing Change | | $0.00 | $130.01 | $0.00 | $7.29 |
| 2618747 | 08/10/2018 | Transfer Other Funds | Print/Copy card | | -$10.80 | $119.21 | $0.00 | $7.29 |
| 2620832 | 08/13/2018 | Transfer Other Funds | at wmci and can't get her the print card | | $10.80 | $130.01 | $0.00 | $7.29 |
| 2622935 | 08/15/2018 | Sale | Debit Sale | | -$1.59 | $128.42 | $0.00 | $7.29 |

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|--------|------|------|---------|---------|--------|---------|------|---------|
| 2623345 | 08/15/2018 | Sale | Debit Sale | | -$11.45 | $116.97 | $0.00 | $7.29 |
| 2626144 | 08/20/2018 | Transfer Other Funds | Copies 8/15/2018 | | -$0.10 | $116.87 | $0.00 | $7.29 |
| 2628123 | 08/22/2018 | Sale | Debit Sale | | -$14.17 | $102.70 | $0.00 | $7.29 |
| 2629650 | 08/23/2018 | Transfer Other Funds | #copies 8/22/18 | | -$4.40 | $98.30 | $0.00 | $7.29 |
| 2630545 | 08/27/2018 | Group Withdrawal | 07/2018 Support of Dependents | 46531 | -$7.29 | $98.30 | $0.00 | $0.00 |
| 2630632 | 08/27/2018 | Transfer Other Funds | 8/21/2018 Copies | | -$3.60 | $94.70 | $0.00 | $0.00 |
| 2631477 | 08/28/2018 | Transfer Other Funds | Copies 8/27/2018 | | -$1.40 | $93.30 | $0.00 | $0.00 |
| 2631979 | 08/28/2018 | Transfer Other Funds | postage 08/27/18 legal | | -$3.60 | $89.70 | $0.00 | $0.00 |
| 2631980 | 08/28/2018 | Transfer Other Funds | postage 08/27/18 | | -$0.63 | $89.07 | $0.00 | $0.00 |
| 2633813 | 08/31/2018 | Transfer Other Funds | Copies 8/30/18 | | -$2.30 | $86.77 | $0.00 | $0.00 |
| 2636556 | 09/06/2018 | Sale | Debit Sale | | -$5.00 | $81.77 | $0.00 | $0.00 |
| 2638232 | 09/10/2018 | Resident Deposit | WMCI AUG Incentive Pay | | $25.80 | $95.96 | $0.00 | $11.61 |
| 2639718 | 09/10/2018 | Transfer Other Funds | Copies 8/31/18 | | -$0.40 | $95.56 | $0.00 | $11.61 |
| 2639737 | 09/10/2018 | Transfer Other Funds | Copies 8/31/18 | | -$0.80 | $94.76 | $0.00 | $11.61 |
| 2640122 | 09/10/2018 | Transfer Other Funds | Copies 9/6/18 | | -$0.10 | $94.66 | $0.00 | $11.61 |
| 2642449 | 09/11/2018 | Transfer Other Funds | Copies 9/7/18 | | -$0.20 | $94.46 | $0.00 | $11.61 |
| 2642671 | 09/12/2018 | Sale | Debit Sale | | -$1.21 | $93.25 | $0.00 | $11.61 |
| 2643308 | 09/12/2018 | Sale | Debit Sale | | -$9.00 | $84.25 | $0.00 | $11.61 |
| 2644510 | 09/13/2018 | Resident Charge | WMCI Copies 9/7/18 NSF | | -$0.40 | $84.25 | -$0.40 | $11.61 |
| 2646080 | 09/17/2018 | Resident Charge | Copies 9/13/18 Legal NSF | | -$2.70 | $84.25 | -$3.10 | $11.61 |
| 2646098 | 09/17/2018 | Resident Charge | Copies 9/13/18 Legal NSF | | -$3.00 | $84.25 | -$6.10 | $11.61 |
| 2646928 | 09/18/2018 | Group Withdrawal | Aug 2018 Support of Dependents | 47139 | -$11.61 | $84.25 | -$6.10 | $0.00 |
| 2647168 | 09/18/2018 | Resident Deposit | MO from - MARILYN ELLIS | 25138911982 | $50.00 | $128.15 | $0.00 | $6.10 |
| 2647624 | 09/19/2018 | Sale | Debit Sale | | -$20.05 | $108.10 | $0.00 | $6.10 |
| 2650247 | 09/21/2018 | Transfer Other Funds | Postage 9/20/18 Legal | | -$1.63 | $106.47 | $0.00 | $6.10 |
| 2650287 | 09/21/2018 | Transfer Other Funds | Copies 09/20/18 | | -$0.40 | $106.07 | $0.00 | $6.10 |
| 2650787 | 09/24/2018 | Sale | Debit Sale | | -$11.79 | $94.28 | $0.00 | $6.10 |
| 2652082 | 09/25/2018 | Transfer Other Funds | Copies 9/24/18 | | -$0.40 | $93.88 | $0.00 | $6.10 |
| 2653303 | 09/28/2018 | Transfer Other Funds | Copies 9/27/18 | | -$0.20 | $93.68 | $0.00 | $6.10 |
| 2653472 | 09/28/2018 | Transfer Other Funds | Postage 9/28/18 Legal | | -$0.21 | $93.47 | $0.00 | $6.10 |

Activity

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|---|---|---|---|---|---|---|---|---|
| 2653807 | 10/01/2018 | Transfer Other Funds | Copies 9/28/18 | | -$0.90 | $92.57 | $0.00 | $6.10 |
| 2655486 | 10/02/2018 | Transfer Other Funds | Copies 10/1/18 | | -$0.40 | $92.17 | $0.00 | $6.10 |
| 2655554 | 10/02/2018 | Transfer Other Funds | Postage 10/1/18 | | -$1.42 | $90.75 | $0.00 | $6.10 |
| 2655737 | 10/03/2018 | Sale | Debit Sale | | -$1.21 | $89.54 | $0.00 | $6.10 |
| 2656135 | 10/03/2018 | Sale | Debit Sale | | -$1.11 | $88.43 | $0.00 | $6.10 |
| 2658221 | 10/04/2018 | Resident Deposit | Automated Interest Deposit | | $0.04 | $88.47 | $0.00 | $6.10 |
| 2663581 | 10/10/2018 | Resident Deposit | WMCI SEP Incentive Pay | Includes B3 Stipend | $36.20 | $108.38 | $0.00 | $22.39 |
| 2665174 | 10/10/2018 | Sale | Debit Sale | | -$1.21 | $107.17 | $0.00 | $22.39 |
| 2665558 | 10/10/2018 | Sale | Debit Sale | | -$11.16 | $96.01 | $0.00 | $22.39 |
| 2669325 | 10/15/2018 | Transfer Other Funds | Postage 10/11/18 | | -$7.25 | $88.76 | $0.00 | $22.39 |
| 2670385 | 10/16/2018 | Resident Charge | Copies 10/12/18 NSF | | -$2.00 | $88.76 | -$2.00 | $22.39 |
| 2672412 | 10/18/2018 | Transfer Institution - From | Commissary Sale | | -$111.15 | $0.00 | $0.00 | $0.00 |
| 2672412 | 10/18/2018 | Transfer Institution - To | Commissary Sale | | $111.15 | $88.76 | -$2.00 | $22.39 |
| 2673103 | 10/19/2018 | Transfer Institution - From | Automated Transfer Unit | | -$111.15 | $0.00 | $0.00 | $0.00 |
| 2673103 | 10/19/2018 | Transfer Institution - To | Automated Transfer Unit | | $111.15 | $88.76 | -$2.00 | $22.39 |
| 2673104 | 10/19/2018 | Change Housing | Automated Housing Change | | $0.00 | $88.76 | -$2.00 | $22.39 |
| 2673678 | 10/19/2018 | Group Withdrawal | 09/2018 Suport of Dependents | 47982 | -$16.29 | $88.76 | -$2.00 | $6.10 |
| 2675785 | 10/23/2018 | Transfer Other Funds | Copies 10/19/18 Legal | | -$0.30 | $88.46 | -$2.00 | $6.10 |
| 2675841 | 10/23/2018 | Transfer Other Funds | Copies 10/22/18 Legal | | -$0.10 | $88.36 | -$2.00 | $6.10 |
| 2676785 | 10/24/2018 | Group Withdrawal | WMCI Sept Reimbursements | 48084 | -$6.10 | $88.36 | -$2.00 | $0.00 |
| 2677661 | 10/25/2018 | Resident Charge | Copies 10/23/18 Legal NSF | | -$15.10 | $88.36 | -$17.10 | $0.00 |
| 2677786 | 10/26/2018 | Resident Deposit | MO from - MARILYN ELLIS | 25205579032 | $50.00 | $121.26 | $0.00 | $17.10 |
| 2678626 | 10/27/2018 | Transfer Institution - From | Automated Transfer Unit | | -$138.36 | $0.00 | $0.00 | $0.00 |
| 2678626 | 10/27/2018 | Transfer Institution - To | Automated Transfer Unit | | $138.36 | $121.26 | $0.00 | $17.10 |
| 2678627 | 10/27/2018 | Change Housing | Automated Housing Change | | $0.00 | $121.26 | $0.00 | $17.10 |
| 2679776 | 10/31/2018 | Change Housing | Automated Housing Change | | $0.00 | $121.26 | $0.00 | $17.10 |
| 2679920 | 10/31/2018 | Resident Deposit | MO from -daryl stone | 0903331028 | $100.00 | $221.26 | $0.00 | $17.10 |
| 2680064 | 10/31/2018 | Sale | EMER phone time: AC -KB | | -$5.00 | $216.26 | $0.00 | $17.10 |
| 2680263 | 11/01/2018 | Transfer Other Funds | 5 large envelopes | | -$10.04 | $206.22 | $0.00 | $17.10 |

| Task # | Date | Type | Comment | Entry # | Amount | Balance | Debt | Payable |
|--------|------|------|---------|---------|--------|---------|------|---------|
| 2680264 | 11/01/2018 | Transfer Other Funds | 1 large envelope | | -$1.00 | $205.22 | $0.00 | $17.10 |
| 2680797 | 11/01/2018 | Group Withdrawal | 10/2018 WWC Closing Debit Accounts-Indigent | 48220 | -$15.10 | $205.22 | $0.00 | $2.00 |
| 2680854 | 11/01/2018 | Transfer Other Funds | Print/Copy card | | -$3.60 | $201.62 | $0.00 | $2.00 |
| 2681522 | 11/02/2018 | Sale | EMER PHONE TIME; AS -KB | | -$30.00 | $171.62 | $0.00 | $2.00 |
| 2682266 | 11/05/2018 | Transfer Other Funds | craft cards | | -$7.20 | $164.42 | $0.00 | $2.00 |
| 2683048 | 11/06/2018 | Transfer Other Funds | copies | | -$0.50 | $163.92 | $0.00 | $2.00 |
| Ending Balances | | | | | | $163.92 | $0.00 | $2.00 |