IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 NOV 27 AM 8: 56

STEPHAN HARRIS, CLERK
CHEYENNE

SHERYL L. ELLIS )
JULIE JACOBSEN )
BOBBY FOWLER )
Pro Se Plaintiffs )
)
v. )  18-CV-198-J
)
FOR THE STATE OF WYOMING )
DEPARTMENT OF CORRECTIONS, et. al, )
WYOMING WOMEN'S CENTER, et. al, )
Defendants )

## PETITION FOR
## COURT APPOINTED COUNSEL

COMES NOW, Sheryl L. Ellis, Pro Se, and petition's this Court for counsel regarding Constitutional violation(s) of the Amendment Eight VIII Cruel & Unusual Punishment, and Amendment Fourteen XIIII Due Process, and as reasons therefore states as follows:

1. Ms. Ellis, Ms. Jacobsen, and Ms. Fowler state that they are currently serving a sentence, imposed for a violation of law in the State of Wyoming.

2. It would be unconscionable to let these serious violation(s) of the United States Constitution be unanswered.

3. Ms. Ellis states that neither her curriculum vitae nor professional job experience includes formal training in the legal arena.

WHEREFORE, Ms. Ellis, Ms. Jacobsen, and Ms. Fowler pray the requested relief be granted.

Dated this 27th day of November, 2018.

_____
Sheryl L. Ellis, Plaintiff
Wyoming Women's Center
1000 West Griffith
P.O. Box 300
Lusk, WY  82225

_____
Julie Jacobsen, Plaintiff
Wyoming Women's Center
1000 West Griffith
P.O. Box 300
Lusk, WY  82225

_____
Bobby Fowler, Plaintiff
Wyoming Women's Center
1000 West Griffith
P.O. Box 300
Lusk, WY  82225

## CERTIFICATE OF SERVICE

I, Sheryl L. Ellis, do hereby certify that we sent a true and correct copy of Petitioner's Request for Court Appointed Counsel to 10th Circuit District Court of this document to:

Dated this 27th day of November, 2018.

_____
Sheryl L. Ellis, Plaintiff
Wyoming Women's Center
1000 West Griffith
P.O. Box 300
Lusk, WY  82225

Office of the Clerk of Court
United States District Court of Wyoming
2120 Capitol Avenue, Room 2131
Cheyenne, WY  82001

_____
Julie Jacobsen, Plaintiff
Wyoming Women's Center
1000 West Griffith
P.O. Box 300
Lusk, WY  82225

Wyoming Department of Corrections
Robert O. Lampert, Director
1934 Wyott Dr., Suite 100
Cheyenne, WY  82002

Wyoming Department of Corrections
Wyoming Women's Center
Rick Catron, Warden
1000 West Griffith
Lusk, WY  82225

_____
Bobby Fowler, Plaintiff
Wyoming Women's Center
1000 West Griffith
P.O. Box 300
Lusk, WY  82225

Office of the Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY  82001