FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2018 DEC 14 AM 10: 06
STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Sheryl L. Ellis ) DOCKET No.
Pro Se, Plaintiff ) 18-CV-148-J

V. ) MOTION FOR
) PRELIMINARY INJUNCTION
For the State of Wyoming )
Department of Corrections, et. al, )
Wyoming Women's Center, et. al )
Defendants )

## Plaintiff's Petition for Process Server

COMES NOW, Sheryl L. Ellis, Pro Se and petition's this court to direct a process server to serve the above entitled matter to the Department of Corrections, Robert Lampert, 1934 Wyott Dr., Ste. 100, Cheyenne, Wy. 82002, The Wyoming Women's Center, Rick Catron, 1000 West Griffith, P.O. Box 300, Lusk, Wy. 82225, and the Attorney General, Kendrick Bldg., 2320 Capitol Ave, Cheyenne, Wy. 82002, and reasons therefore states the following:

1. Ms. Ellis, Ms. Jacobsen, and Ms. Fowler

-1-

FILED A MOTION FOR PRELIMINARY INJUNCTION AGAINST THE DEFENDANTS ON November 27, 2018.

2. Ms. Ellis FILED AN In Forma Pauperis MOTION TO PROCEED IN THE ABOVE MATTER ON November 27, 2018.

3. Ms. Ellis STATES SHE CAN NOT AFFORD TO HIRE A PROCESS SERVER TO SERVE THE ABOVEMENTIONED COMPLAINT, 18-CV-198-J TO DEFENDANTS.

4. IT WOULD BE UNCONSCIONABLE TO LET THESE SERIOUS VIOLATIONS OF THE UNITED STATES CONSTITUTION GO UNANSWERED.

WHEREFORE, Ms. Ellis PRAY FOR THE REQUESTED RELIEF.

DATED THIS DAY 11th OF DECEMBER, 2018

SHERYL L. ELLIS PRO SE, PLAINTIFF
WYOMING WOMEN'S CENTER
1000 WEST GRIFFITH
P.O. BOX 300
LUSK, WY. 82225

- 2 -

S. Ellis #28771
WWC
P.O. Box 300
Lusk, Wy. 82225

U.S. District Court,
2120 Capitol Ave, Room
Wy. 82001
Cheyenne, Wy.

CHEYENNE WY

82001336658 C015