Dear Mr. Harris or Ms. Bottino,

RECEIVED
6-10-19
JUN 13 2019
CLERK, U.S.D.C.
CHEYENNE, WYOMING

Enclosed please find a 42 U.S.C. 1983 complaint I have filed against the Wheatland Sheriff's Dept & WDOC/WWC.

I hope I did what Judge Johnson ordered. Do you need anything else? I am standing by myself on this complaint.

My co-plaintiff Julie Jacobsen will mail the rest of the complaint on June 11, 2019. This one will only deal with WDOC, WWC, & WMCI prisons (not Wheatland).

Please let me know if I have done anything wrong & I will fix it right away.

Many Thanks for your help.

Sincerely —
Sam L. Ellis