

S Ellis #28871
P.O. Box 300
Lusk, Wy. 82225

US District Court
Hon. Stephen Harris or Maggie Botkins
2120 Capitol Ave., Room 2131
Cheyenne, Wy. 82001